Michael J. Reed (SBN 122324)
Attorney at Law
E-mail: mreed10202@aol.com
60 Creek Tree Lane
Alamo, CA  94507
Telephone:  (925) 743-8353
Facsimile:  (734) 468-6168
Attorney for Plaintiff
MICHELE SCOTT

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE SCOTT | Case No. 3:15-cv-02572-LB |
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO: JUDGE: HON. LAUREL BEELER |
| vs. | JOINT STIPULATION FOR DISMISSAL; [~~PROPOSED~~] ORDER |
| KAISER PERMANENTE and DOES 1-50, | |
| Defendant(s). | Complaint Removed:  June 9, 2015 |

  IT IS HEREBY STIPULATED by and between the parties to this action, through their undersigned counsel, that the above-captioned action be and hereby is *dismissed with prejudice* pursuant to Fed. R. Civ. Pro. Rule 41(a)(1).

  IT IS FURTHER STIPULATED by and between the parties that each party shall bear its own attorneys' fees and costs of suit.

Dated: December 7, 2015        By:_____/S/_____
                                              Michael J. Reed
                                              Law Offices of Michael J. Reed
                                              Attorney for Plaintiff Michele Scott

| | |
|---|---|
| Dated: December 7, 2015 | By:_____/S/_____<br>Jocelyn M. Chan<br>MILLER LAW GROUP<br>Attorneys for Defendant Kaiser Foundation Hospitals |

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

| | |
|---|---|
| Dated: December 7, 2015 | By:_____/S/_____<br>Michael J. Reed<br>Law Offices of Michael J. Reed<br>Attorney for Plaintiff Michele Scott |

### [PROPOSED] ORDER

In view of the parties' Stipulation, the Court orders the above-captioned action be dismissed with prejudice. Each party to this action shall bear its own attorneys' fees and costs of suit.

| | |
|---|---|
| Dated: December 8, 2015 | By:_____[signature]_____<br>HON. LAUREL BEELER<br>JUDGE OF THE UNITED STATES DISTRICT COURT |

(D397.020 ND)